IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CRYSTAL F. TUCKER,

    Plaintiff,

v.                                                         Case No. 2:17-cv-2942-MSN-cgc

CORRECT CARE SOLUTIONS, LLC,
GARY SOILEAU, and
BILL KISSELL,

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed December 29, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 139), filed May 28, 2020, this matter is hereby **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs except as otherwise agreed.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 28, 2020
Date